NATIONAL BANK OF COMMERCE, Respondent, v. A. ARTHUR PALMATEER, Appel-

ant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.